IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Michael R. McNeil,<br><br>   *Plaintiff*,<br><br>v.<br><br>Dollar Daytona, LLC, and Family Dollar Stores of Florida, LLC,<br><br>   *Defendants*. | CASE NO. 6:22-CV-02426-ACC-DCI |

## NOTICE OF SETTLEMENT

Defendant, Family Dollar Stores of Florida, LLC, and Plaintiff, Michael R. McNeil, pursuant to M.D. Fla. L.R. 3.09, give notice that these parties have reached an agreement to settle this matter, subject only to the preparation and execution of a written settlement agreement and submission of dismissal papers to the Court. The parties anticipate that Co-Defendant, Dollar Daytona, LLC may join in the settlement in the near future. Therefore, the Parties request twenty (20) days to document and execute their settlement agreement, and to submit an appropriate stipulation and/or joint motion for dismissal of this action as to Family Dollar and/or all parties.

[*Signature to follow*]

Dated this 15th day of February 2023.	Respectfully submitted,

/s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.
Florida Bar No. 614580
E-Mail: *cwilson@littler.com*
Secondary: *ccano@littler.com*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: 305.400.7500
Facsimile:  305.603.2552

*COUNSEL FOR DEFENDANT FAMILY DOLLAR STORES OF FLORIDA, LLC.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon Joe M. Quick, Esq., Law Offices of Joe Quick, P.A., 1224 S. Peninsula Drive #619, Daytona Beach, Florida, 32118, and Todd W. Shulby, Esq., Todd W. Shulby, PA, 1792 Bell Tower Lane, Weston, FL 33326 on February 15, 2023.

/s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.

4858-1292-4751.1 / 101688-1047