UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL R. MCNEIL,

      Plaintiff,

v.                                        Case No.   6:22-cv-2426-ACC-DCI

DOLLAR DAYTONA, LLC and
FAMILY DOLLAR STORES OF
FLORIDA, LLC,

      Defendants.

## ORDER OF DISMISSAL

The Court has been advised by **counsel for the parties** that the above-styled action has been settled against both parties. (*See* Docs. 20, 21) Accordingly, pursuant to Local Rule 3.09(b) M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice.   Any pending motions are **denied** as moot and the Clerk is **directed** to close the file.

- 2 -

**DONE** and **ORDERED** at Orlando, Florida on February 22, 2023.

*[Signature]*
ANNE C. CONWAY
United States District Judge

**COPIES FURNISHED TO:**
Counsel of Record