UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Michael R. McNeil,<br><br>*Plaintiff*,<br><br>v.<br><br>Dollar Daytona, LLC, and Family Dollar Stores of Florida, LLC,<br><br>*Defendants*. | CIVIL ACTION NO. 6:22-CV-02426-ACC-DCI |

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Plaintiff, Michael R. McNeil, and Defendants, Dollar Daytona, LLC and Family Dollar Stores of Florida, LLC ("Defendants"), pursuant to their agreement to compromise and settle this matter, stipulate to the dismissal of all claims which were or could have been asserted against Defendants in this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without any award of attorneys' fees and costs to any party.

[*Signatures to follow*]

| | |
|---|---|
| Dated March 14, 2023. | Respectfully submitted, |

/s/ *Joe M. Quick*
Joe M. Quick, Esq.
Florida Bar No.: 0883794
E-Mail: *JMQuickesq@gmail.com*
LAW OFFICE OF JOE QUICK, P.A.
1224 S. Peninsula Drive, #619
Daytona Beach, Florida 32118
Telephone: (386) 212-3591

*ATTORNEYS FOR PLAINTIFF*

/s/ *Todd W. Shulby*
Todd W. Shulby, Esq.
Florida Bar No. 68365
E-Mail: *tshulby@shulbylaw.com*
TODD W. SHULBY, P.A.
1792 Bell Tower Lane
Weston, FL 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628

*ATTORNEYS FOR DEFENDANT*
DOLLAR DAYTONA, LLC

/s/ *Courtney B. Wilson*
Courtney B. Wilson, Esq.
Florida Bar No. 614580
E-Mail: *cwilson@littler.com*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

*ATTORNEYS FOR DEFENDANT*
FAMILY DOLLAR STORES OF FLORIDA, LLC

4870-0924-3479.1 / 101688-1047